1  Marlon E. Branham (020781)
   Branham Law Offices, P.C.
2  101 West Main Street
   Mesa, Arizona 85201
3  (480) 782-9700
   sigma@justice.com
4  Attorney for Plaintiff

5                    UNITED STATES DISTRICT COURT

6                         DISTRICT OF ARIZONA

7  JASON WILLIS, a single man,      ) Case No.: CV04-2113-PHX-NVW
                                     )
8            Plaintiff,              ) **SECOND AMENDED COMPLAINT**
                                     )
9       vs.                          )
                                     ) (Jury Trial Demanded)
10 BASHAS' INC., an Arizona          )
   Corporation; NAVAJO NATION,       )
11 Rule 19 defendant.                )
                                     )
12           Defendant.              ) (Hon. Neil V. Wake)
                                     )
13 _____

14                    **NATURE OF THE ACTION**

15      In compliance with Court orders dated December 9, 2005, and

16 December 20, 2005, Plaintiff, Jason Willis hereby files his

17 Second Amended Complaint.  This action arises from employment

18 discrimination by Bashas', Inc. ("Employer") pursuant to Title

19 VII of the Civil Rights Act of 1964, as amended, 42 U.S.C.§2000e

20 and §102 of the Civil Rights Act of 1991, 42 U.S.C.§1981(a).

21 Employer refused to hire Mr. Willis due to his race, African-

22 American.  Mr. Willis seeks damages and redress for unlawful

23 discrimination, unlawful employment practices, and emotional

24 distress.

25 //

                                1

1

## JURISDICTION AND VENUE

2     1.   Employer is an Arizona corporation engaged in the
3  business of retailing groceries to the public and operates a
4  store in the Town of Pinon, State of Arizona.

5     2.   Employer engaged in the unlawful and discriminatory
6  employment practices at its Pinon store which is located within
7  the Navajo Nation in the Town of Pinon and at its headquarters
8  which is located in the State of Arizona but outside of the
9  Navajo Nation.

10     3.   This Court has jurisdiction pursuant to 28 U.S.C.§§451,
11  1331, 1337, 1343 and 1345.  This action is authorized pursuant
12  to 42 U.S.C.§2000e and 42 U.S.C.§1981(a).

13

## PARTIES

14     4.   At all relevant times herein, Mr. Willis resided within
15  the Navajo Nation.

16     5.   Mr. Willis, Plaintiff, filed charges against Defendant
17  with the Equal Employment Opportunity Commission alleging that
18  Defendant violated Title VII by refusing to hire him because he
19  is African-American, and Plaintiff received his right to sue
20  letter.

21     6.   Employer operates several stores which, at all relevant
22  times, employed nearly 10,500 employees;

23     7.   Mr. Willis alleges no wrong-doing on the part of the
24  Navajo Nation ("Nation").  Neither does Mr. Willis allege in
25  this Complaint that the Navajo Preference in Employment Act is

1  discriminatory.   Further, Mr. Willis understands that the Nation

2  may have sovereign immunity from prosecution in this Court and

3  chooses to not name the Nation for the above-stated reasons.

4  **GENERAL ALLEGATIONS**

5  8. Mr. Willis is African-American.

6  9. Mr. Willis applied for open employment positions with

7  Bashas' for which he was qualified at a store in Pinon.

8  10. There were no other qualified applicants of Navajo

9  descent that had applied for and/or that were being considered

10  for the open positions at the time in which Mr. Willis had

11  applied.

12  11. Employer did not have any qualified applicants for the

13  position which Mr. Willis applied, yet it refused to hire Mr.

14  Willis because he was African-American.

15  12. Employer's refusal to hire Mr. Willis deprived him of

16  equal employment opportunities because of his race.

17  13. On, or about, Thursday, February 26, 2004, Mr. Willis

18  spoke with Employer's hiring agent, Rita Begay, at the Pinon

19  store.

20  14. Ms. Begay informed Mr. Willis of the following: a)

21  Defendant needed to hire a person to work as a store clerk, and

22  to work in the bakery, b) Defendant had received no applications

23  from members of the Navajo Nation in response to the two

24  vacancies, c) Ms.Bagay was delighted that Plaintiff was

25  interested in working for Defendant, d) Ms. Begay asked Mr.

3

1   Willis when he could start working and he explained that he was
2   available to start immediately, and f) Ms. Begay requested him
3   to return the next day to complete several employment forms that
4   Employer needed in order to allow Mr. Willis to begin working at
5   its store.

6       15. Mr. Willis returned to Employer's store on the next day
7   and Ms. Begay informed him that because he was African-American,
8   Bashas' was unwilling to hire him to fill either of the two
9   vacancies.

10      16. Nevertheless, Ms. Begay explained to Mr. Willis that
11  she intended to speak with the corporate office in order to
12  determine whether she could hire him to work at the Pinon store.
13  Therefore, she asked Mr. Willis to stop by the store in a few
14  days.

15      17. On, or about, March 25, 2004 Plaintiff returned to
16  Employer's store and again spoke with Rita Begay. She informed
17  him that she had spoken with the hiring committee and that
18  employer agreed to hire Mr. Willis if he would marry his
19  girlfriend who is Navajo.

20      18. Mr. Willis declined Employer's request to marry his
21  girlfriend just to be hired.

22              **FIRST CLAIM FOR RELIEF**

23          **(Title VII Discrimination based on Race)**

24      19. Mr. Willis hereby reasserts all allegations set forth
25  in the paragraphs above.

4

1    20. In violation of Title VII of the Civil Rights Act Of
2  1964, 42 U.S.C. § 2000(e)(2), Employer racially discriminated
3  against Mr. Willis when it refused to hire him for certain
4  available positions due to his race.

5    21. Mr. Willis timely filed a claim of racial
6  discrimination with the Equal Employment Opportunity Commission
7  ("EEOC").

8    22. The EEOC issued a Right to Sue Letter to Plaintiff on
9  July 9, 2004;

10    23. The Office of the Attorney General, Civil Rights
11  Division issued a right to sue letter on August 6, 2004.

12    24. As a direct result of Employer's racial discrimination
13  in employment Mr. Willis lost income and benefits;

14    25. Employer acted with malicious and reckless disregard
15  for Mr. Willis' federally-protected rights, so a jury
16  instruction for punitive damages is warranted in order to deter
17  similar misconduct in future;

18                    **SECOND CLAIM FOR RELIEF**

19               **(State Claim for Emotional Distress)**

20    26. Mr. Willis has suffered extreme emotional distress as a
21  result of Defendant's actions in discriminating against
22  Plaintiff because he was African-American;

23    27. Mr. Willis has sustained damages as a result of the
24  emotional distress;

25  //

5

**PRAYER FOR RELIEF**

WHEREFORE, Mr. Willis prays for relief as follows:

A)   Compensatory damages from Employer for lost wages, benefits and emotional distress, all in an amount to be proven at trial;

B)   Punitive damages against Employer sufficient to deter similar misconduct in the future;

C)   An award of court costs and attorney fees pursuant to 42 U.S.C.§ 1988; and

D)   Such further relief as Court deems proper in the premises.

**JURY DEMAND**

Mr. Willis hereby requests a trial by jury on all claims for relief as set forth in this Complaint.

DATED THIS 21st day of December, 2005.

Respectfully submitted,

By: _Malon E. Branham_
Marlon E. Branham, Esq.
Branham Law Offices, P.C.
101 West Main Street
Mesa, Arizona 85201

ATTORNEY IN CHARGE FOR

Plaintiff, Jason Willis

6

1

CERTIFICATE OF SERVICE

2

    I hereby certify that on this 21st day of December, 2005, I
electronically transmitted this Second Amended Complaint to the

3
Clerk's Office using the CM/ECF System for filing and

4
transmittal of a Notice of Electronic Filing to the following
CM/ECF registrants:

5

Raymond M. Deeny

6 Stephanie J. Quincy
Sherman & Howard L.L.C.

7 1850 North Central Ave., Ste. 500
Phoenix, Arizona 85004

8 Attorney for Bashas' Inc.

9 Lisa M. Enfield
Frye Law Firm, P.C.

10 10400 Academy N.E., Ste. 310
Albuquerque, New Mexico 87111

11 Attorney for Navajo Nation

12
Copy of the foregoing

13 mailed this 21st day of
December, to:

14
Chief Justice Neil V. Wake

15 United States District Court
Sandra Day O'Connor U.S. Courthouse, Ste. 625

16 401 West Washington Street, SPC 60
Phoenix, Arizona 85003

17

18

19

20

21

22

23

24

25

7