```
1  Marlon E. Branham (020781)
   Branham Law Offices, P.C.
2  101 West Main Street
   Mesa, Arizona 85201
3  (480) 782-9700
   sigma@justice.com
4
```

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| JASON WILLIS, a single man, | ) Case No.: CV04-2113-PHX-NVW |
|---|---|
| Plaintiff, | ) MOTION TO WITHDRAW |
| vs. | ) |
| BASHAS' INC., an Arizona Corporation; NAVAJO NATION, Rule 19 defendant. | ) (Assigned to the Honorable Neil V. Wake) |
| Defendant | ) |

Undersigned Counsel hereby moves this Court to allow him to withdraw as attorney of record for Plaintiff.

At this time there are no court dates pending in this matter, and Plaintiff has been advised of his right to appeal pursuant to the Federal Rules of Appellate Procedure.

Pursuant to Uniform Rules of Practice XI, Plaintiff's address and phone numbers are as follows:

13201 S. Wakial Loop, Unit 1020,
Phoenix, Arizona 85044
602-705-0439.

WHEREFORE, Counsel requests that this Court grant the motion to withdraw as Counsel for Jason Willis.

- 1

RESPECTFULLY SUBMITTED this 7th day of August, 2006.

                                  BY: /s/ *Marlon E. Branham*
                                          Marlon E. Branham, Esq.
                                          Branham Law offices, P.C.
                                          101 West Main Street
                                          Mesa, Arizona 85201
                                          Attorney for Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of August, 2006, I electronically transmitted this Motion for Continuance to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Raymond M. Deeny
Stephanie J. Quincy
Sherman & Howard L.L.C.
1850 North Central Ave., Ste. 500
Phoenix, Arizona 85004

Copy of the foregoing
Mailed this 7th day of
August, 2006 to:

Chief Justice Neil V. Wake
United States District Court
Sandra Day O'Connor U.S. Courthouse, Ste. 625
401 West Washington Street, SPC 60
Phoenix, Arizona 85003

Jason Willis
13201 S. Wakial Loop, Unit 1020,
Phoenix, Arizona 85044
Plaintiff


/s/ _____