1  JASON WILLIS
   MYSPACE.COM : JASONWILLISH@COM.COM
2  SLIDSHOW.COM : JASONWILLISH@YAHOO.COM
   e-mail: jasonwillish@aol.com
3  (480) 324-6854

FILED ___ LODGED
RECEIVED ___ COPY
NOV 0 6 2009
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ Z DEPUTY

UNITED STATES DISTRICT COURT

FOR DISTRICT OF ARIZONA

Plaintiff,

JASON A, WILLIS

   v.

Bashas Markets.inc

           Defendant.
_____/

Case Number: CV 04-2113 PHX NVW

**Demurrers:** 46-453 Victim Immunity Arizona statute of limitations **&** Immune Fairness Petition

D

Plaintiff/ Name hereby designates the following counsel for service in this action:

1

1  Request leniency from the Court the :plainiff is, exercise civil law jurisdiction to, enforces rights, imposes for: Multialateral **Treaty,** on The **Grounds of** Compliance: With Federal Rules of
2  Civil Procedure Forma pauperis pursuant to 28 u.s.c 1915 is
3  Authorized to Proceed as Seaman 28 u.s.c 1916

4  Rules 2 & 4,: unified the procedure of law and equity by

5  specifying one form of action:

6  Issuance of a Certificate of Authority Review Petition for Habeas Corpus Relief Pursuant to 28 U.S.C. § 2241,

7

8  Pursuant to 28 u.s.c 636 (c) (1) continue act of congtrued and Administered to secure, the just and speed, also inexpensive Determination (Rule 2) of civil action

9

10  Scope of frcp rule 2 unified procedures: Chapter 1

11  Action Governed by: (Rule 4) (i) (2)(a) & Significance Inpractice (Rule 46)

12  (Rule 4) Issuance    (Rule 15) Allowed pleadings -motion are fundamental (Rule 12) (b) (1)

13  and can be filed anytime (Rule 12)(b)(7)  (Rule 13) assert of Personl Jurisdicton

14  Formal excepecions (Rule 46)

15

16  LRCiv 7.2 & LRCrim 12.1 under (Rule 8) demand for authority 28 u.s.c 636 (c)

17   13-807 victim civil action
    Title 7 civil rights act  special proceeding 1.9 Chapter 1X

18           Formal excepecions (Rule 46)

19  **federal rules of civil procedure: Appeal: Rule 73 (c)**

20  In enacting the **Civil** Rights Act, **Rights to Exercise his**

21  **Rights!  with respect to the** COURT

22

23  Plaintiff: MUST SATISFY REQUIREMENTS LAID DOWN BY

24  LEGISLATURE OF THE STATE OF ARIZONA, AND PERMITS EXERCISE OF:

25  PLAINTIFF, DEMONSTATEING DIFFERENT ANALYSES OVER DEFENDANT"S

26  STIPULATION FOR ENTRY OF **JUDGMENT IN FAVOR OF PLAINTIFF**

SEVERAL FEDERAL CAUSES FOR THIS ACTION, exercise civil law

1  jurisdiction, to enforces rights, imposes multilateral treaty &
2  statutes violations Expression, from: Bashas Market"inc for,
3  such poor service at a store, from a, In legal terminology,
4  race was motivating factor) sets out the basic facts, dismissal
5  was inappropriate and is legal reasons (for: **cause of action**):
6  of (the **plaintiffs**) believes are sufficient to support a claim
7  against: Bashas Market"inc , entity or entities (the
8  **defendants**) that entitles the plaintiff(s) to a jusitice, and
9  **remedy** (either **money damages** & **injunctive relief**), the **Federal**
10 **Rules of Civil Procedure** rule 1.17 Section 1441 (e) permits,
11 federal disteict court to hear this removed case #cv 04-2113
12 phx nvw
13 Even if provisions in statute of limitations, time limits for
14 filing years after the dismissal!
15 Rule 1.16 1441 (d) authorizes extend time, limits 1446(b) that
16 govern civil litigation in **United States** courts provide civil
17 action with the filing of service incorporated the Federal
18 Rules of Civil Procedure. Jurisdictions, governmental
19 authority, statutes enforces the arizona state power
20 Commonwealth. this complaint is, associated With charges!
21
22 **Federal Rules of Civil Procedure**: Remand
23
24 **See, e.g., ondis V. barrows, 538 F.2d 904, 908 (1st Cir.1976)**
25 **See, e.g., wirtz corp. V united distillers & vintners north america, inc., 224 f.3d 708, 713 (7th Cir.2000)**
26 **Appeal: Rule 73 (c)**

**Cause of action:**

commission failure to enforce
Contract reduction
Discrimination review
Federal commodity exchange regulation
Agricultural acts
Arbitration review
Fair labor stabdards act
Antitrust litigation
Federal question
Diversity default
Personal injury
Custom duties
Violation of civil rights
Venue was not satisfy
Tort claim
Rehabilitation of labor
False claim act
Denial of social security benefits
**Title VII** of the **Civil** Rights Act of 1964

Defendant- lack sufficient
Under Rule 12(h) of the **Federal Rules of Civil Procedure**, the defenses lack of jurisdiction over the Plaintiff, improper **venue**, insufficiency of process, ...

deficiencies was the basis of dismissal! In case #CV 04-2113 PHX NVW: U.S. District Court for the DISTRICT OF ARIZONA. DISTRICT OF ARIZONA

violator has been furnished in this, particular case with actual notice of the requirement.

Issues: being Addressed: Extending time ... Inc. in accordance with Rule 68, Arizona Rules of Civil Procedure; ... That authorizes to extend... Federal Rules of Civil Procedure: modified

this matter in accordance with A.R.S. § 14-1481(D)

rule 1.17 section 1441 (e), 28 u.s.c.a, 1391
request a new trial & join a motion for a new trial under ....
means of notice would satisfy due process. (ii) Content of the

1  **Notice. .... waives**

2  **rem jurisdiction          28 u.s.c 2403**

3

4  **Matter of Law in a Jury Trial; Related Motion for a New ...**

5  **Jurisdiction and Venue, References to Federal Rules of Civil**

6  **Procedure. Whenever a Federal Rule of ...... Rule 83 F.R.Civ.P.**

7  **governs the procedure for amending rules to ...**

8  **federal statutes and rules adopted under** <u>**28 U.S.C. §§ 2072**</u> **and**

9  <u>**2075**</u>**, and must conform to any uniform numbering system**

10 **prescribed by the Judicial Conference of the United States. A**

11 **local rule takes effect on the date specified by the district**

12 **court and remains in effect**

13        plaintiff did, possibly **satisfy venue**, this subsection,

14 **venue** would be appropriate question of competence to exercise

15 personal jurisdiction over th defendant is question of whether

16 venue is proper. 'In distinguishing between the principles of

17 jurisdiction and venue, we note that

18 '[j]urisdiction is the power to adjudicate, while venue, which

19 relates to the place where judicial authority may be exercised,

20 <u>**Federal Rules of Civil Procedure**</u> rule 1.17 & rule 1.16

21 is intended for the convenience of the litigants.'' . . .

22

23     *Weinstein v. Norman M. Morris Corp.*, 432 F. Supp. 337, 339

24 (E.D. Mich. 1977)

25     *James Talcott, Inc. v. Allahabad Bank, Ltd.*, 444 F.2d 451,

26 464 n.11 (5th Cir. 1971). "Section 1391(d),

       *Action Embroidery Corp. v. Atl. Embroidery, Inc.*, 368 F.3d

1  1174, 1178-79 (9th Cir. 2004) (internal citations and

2  quotations omitted).

3       statutory requirements and clearly demonstrate

4

5  persons may be joined to any such action in accordance with the Federal

6  **Rules** of Civil Procedure and with such other **venue** ...

7  The general **venue** statute for United States **federal** courts is 28 U.S.C. §

8  1391 with special **rules** listed in §§ 1392-1413. **Venue** can be transferred...

9

10 **Arizona** Revised **Statutes**: **federal** grant .... 3-523, **Venue** of criminal actions.
   Article 4.2, **Arizona** Iceberg Lettuce Research Council ..... 3-1481, **Rules** to
11 regulate and protect

12

13      **Rules 46(e)(2) and (e)(4) allow the** district court to set aside

14 dismissal!  SCOPE OF **RULES**; FORM OF ACTION to amended pursuant to

15 **Federal Rule of Civil Procedure Rule** 58(a)(1) re- ...... which **venue** is

16 based, and the relief requested........ dum containing **statutes**, **rules** or

17 regulations

18 **Federal Rule of Civil Procedure Rule**
19 Title 28 1631 transfer to cure want of jurisdiction

20       Arizona district court: **for failure of examination Multilateral
         Jurisdiction -title VII, of the civil rights act of 1964!  Violation the
21       12-601 Application; venue; of change on rights and obligation
                              Chapter 6 / article
22                           (Obstructing justice)
         Challenge for cause to the court & jury for: cross examination to
23                                   verify**

24
         205 - navajo businee opporunity procedures in bidding and
25    **Amendments violation of, The Navajo Nation Business Preference
26    law title 5' chapter 2 –section 201 to 217 amendment violation  the
         The Defines is: Necessary Qualification,  job-Related Only,  The**

                                                                          6

**Navajo Nation Business Preference law amendment Bashas Market"inc must hire or retain parson with best qualification only, 1.navajo - 2.non-navajo selection in employment this means that job qualification must be truly related to employment, you can not imposed merely to "filter out certain candidates**

```
     1 king 9:37 petition /    Matthew 18:24= million dollars
      1 chronicles 26:30= civil matters 2 chronicler 19:5-8=
                      authority of the lord /
    Deuteronomy 24:17=do not deprive foreigners their rights
     Deuteronomy 25:1= settle a dispute   2 Samuel 21:34= settled
                              quarrel
        Matthew 4:25= lawsuit against you take it to court
               Amos 5:15 justice prevail in court
  Amos 5:12= prevent the poor from getting justice in court is a
                               sin
       Acts 18:12-15= civil crimes must settle / acts 19:36-40=
 reckless will be settled in legal meeting / 2 Corinthians 2:13=
                 deeply worried plaintiff -anxiety

Alma 13:27 / ether 12:32= house -mansions
Ether 12:34= mansions / ether 12:37= mansions home
Proverbs 10:22 / Isaiah 2:14=bashes
```

46-453  Victim Immunity Immune  Fairness Petition

44-406, **Statute of limitations** 44-407, Effect on other laws. Chapter 8, TRANSACTIONS AND TRANSFERS

```
Federal question
Statutory advertisement   No   Indicate of
Preference, limitation

Federal question
```
**Employment Discrimination  Violation Classification**

```
Federal question
```
**UNLAWFUL EMPLOYMENT PRACTICES**

1   Federal question:
    **Compensatory damages**
2
    **Punitive damages**
3
    **Incidental damages**
4
    **Liquidated damages**
5
    **Nominal damages**
6

7
    Federal question:
8   **default judgment Rule 55(b)**

9

10  Federal question:

11  Arizona **Revised Statutes §13-2314**

12

13

14

15

16

17                  Federal question:
         **Arizona revised statutes & Violation**
18

19

20

21

22
              **12-2704=   Unlawful practices;  /  chapter 18**
23      **Melvin Harris et al v atlanta independent school system**
                            **1:2008cv1435**
24

25
              **12-2604=   Malpractice  actions  / chapter 17**
26             **arises related to loss of cause of action**
    **ARIZONA Remedie:  Dollar Amount per Employee's: 15-100=$50.00 /**

101-200=$100.000 / 201-500=$200.000 / 500+ =$300,000

The Arizona law, legal finds may prove:

A waiver

12-2506= joint several liability of Navajo Nation & state of Arizona/ Chapter 16

Buck v Bell, 274 u.s. 200 (1927) denying the plaintiff in error
&
Calder v. bull,3 dall. 386 (1798)

12-2408= default enforcement / chapter 14 article 13
Calder v. bull,3 dall. 386 (1798)
Impeachments and correction of errors

12-2296= Medical Records, Immunity / chapter 7.1
Sheff v.o'neill,238 conn.1,678 a.2d 1267 (1996)

12-2402= provisional incourt-remedied without notice: grounds for issuance /
Chapter 14

12-2261= instruments which be acknowledged, receipt of acknowledged documentary evidence / chapter 6

12-111= statutes as rule of court / chapter 1 article 1
Excess electronixx V. heger realty corp,. 64 cal. App.4th 698, 707 (1998)

12-281= oath- bond bribery,over the phone / article 8
an abuse of discretion –arbittray
syl.pt.2, in re queen 196 w.va.442,473 s.e 2d 483 (1996)

12-302 extension- relief from default – deferral of waiver / article 1
Syl.pt.2, neely V. mangum, 183 w.va. 393,396 s.e.2d 160 (1990)

12-341= Recovery of costs / article 5
Charles river bridge v. warren bridge,11 (13 u.s.) 420 (1837)

12-341.01= recovery of attorney fees / article 5
Lqnn,inc. v. lanvesco, case #no. g040998 (4th dist,. Div.3 apr.28,2009

1

2

3       **12-350= determination of award; reason; factors / article 5**
     Lqnn,inc. v. lanvesco, case #no. g040998 (4th dist,. Div.3 apr.28,2009
4

5       **12-410= punishment for contempt & default   enforcement / chapter
                              4 –article 1**
6               Calder v. bull,3 dall. 386 (1798)

7       **112-541= marriage; and employment contract wrongful termination
                         Chapter 4 –article 3**
8       Syl.pt.1, appeal of prezkop, 154 w.va. 759, 179 s.e.2d 331 (1971)

9         **12-563= necessary elements of proof / chapter 5.1 –article 1**
       United state v. e.c knight co., 156 u.s. 1 (1895) [sherman anti-trust
10                                 act]
            **12-583= good cause of hearing / chapter 5.1 – article 2**
11          Syl.pt.1, appeal of prezkop, 154 w.va. 759, 179 s.e.2d 331
            (1971Judgment,Impeachments and correction of errors
12

13
          **12-584= special findings future damages / chapter 5.1- article 2**
14       ARIZONA Remedie:  Dollar Amount per Employee's: 15-100=$50.00 /
              101-200=$100.000 / 201-500=$200.000 / 500+ =$300,000
15

16
            **12-585= Evidence of future damages / chapter 5.1 –article 2**
17

18
            **12-586=entering a judgment for future damages / chapter 5.1
19                              article2**

20

21

22
                **12-602 notice of application, change on Judgment
23                         Chapter 6 / article 1**
         Syl.pt.1, appeal of prezkop, 154 w.va. 759, 179 s.e.2d 331 (1971)
24

25            **12-816 content of judgment and order
                       Chapter 7 / article 1.1**
26       ARIZONA Remedie:  Dollar Amount per Employee's: 15-100=$50.00 /
              101-200=$100.000 / 201-500=$200.000 / 500+ =$300,000
         no, need for :damages specialist,  The Arizona law, legal finds may

**prove: LRCiv 7.2 (m) strike
of additional judges issuance**

**12-1805= Limitations stay proceeding judgment and laws
Chapter 10 / article 1**

**12-2021 Issuance of writ
Chapter 11/ article 2**
**Collins V. City of bridgeport, 206 w.va. 467,472, 525 s.e.2d 658, 663
(1999)**

**12-1861 Questions of law act**

```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11        counsel of record in this action:
12                    Name:
13
14   DATED:    date                /s/   Attorney's Name
                                         ATTORNEY'S NAME
     11-6-2009
15                                       [signature]
16
17
18
19
20
21
22
23
24
25
26
```