```
 1  JASON WILLIS
    MYSPACE.COM : JASONWILLISH@COM.COM
 2  SLIDSHOW.COM : JASONWILLISH@YAHOO.COM
 3
 4
 5
```

FILED ___ LODGED
___ RECEIVED ___ COPY
NOV 0 6 2009
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ Z DEPUTY

```
 6              UNITED STATES DISTRICT COURT
 7                FOR DISTRICT OF ARIZONA
 8
 9
10            Plaintiff,        Case Number:CV 04-2113 PHX NVW
11  JASON A,WILLIS              Jurisdiction:
12      v.
13  Bashas Markets.inc
14                                         D
            Defendant.
15  _____/
16
17      Plaintiff/ Name hereby designates the following counsel
18  for service in this action:
19
20
21
22
23
24
25
26
```

1

1 Request leniency from the Court the :plainiff is, exercise civil law jurisdiction to, enforces rights, imposes for: Multialateral **Treaty**, on The **Grounds of** Compliance: With Federal Rules of

2 Civil Procedure Forma pauperis pursuant to 28 u.s.c 1915 is

3 Authorized to Proceed as Seaman 28 u.s.c 1916

4 Rules 2 & 4,: unified the procedure of law and equity by

5 specifying one form of action:

6 Issuance of a Certificate of Authority Review Petition for Habeas Corpus Relief Pursuant to 28 U.S.C. § 2241,

7

8 Pursuant to 28 u.s.c 636 (c) (1) continue act of congtrued and Administered to secure, the just and speed, also inexpensive Determination (Rule 2) of civil action

9

10 Scope of frcp rule 2 unified procedures: Chapter 1

11 Action Governed by: (Rule 4) (i) (2)(a)
Formal excepecions (Rule 46) & Significance Inpractice (Rule 46)

12 (Rule 4) Issuance (Rule 15) Allowed pleadings -motion are fundamental (Rule 12) (b) (1)

13 and can be filed anytime (Rule 12)(b)(7) (Rule 13) assert of Personl Jurisdicton

14

15 LRCiv 7.2 & LRCrim 12.1 under (Rule 8) demand for authority 28 u.s.c 636 (c)

16 13-807 victim civil action
Title 7 civil rights act special proceeding 1.9 Chapter 1X

17                    Formal excepecions (Rule 46)

18    Plaintiff: In enacting the **Civil** Rights Act, **Rights to**

19 **Exercise his Rights!**THE COURT MUST SATISFY REQUIREMENTS LAID

20 DOWN BY

21 LEGISLATURE OF THE STATE OF ARIZONA, AND PERMITS EXERCISE OF:

22 PLAINTIFF, DEMONSTATEING DIFFERENT ANALYSES OVER DEFENDANT"S

23 STIPULATION FOR ENTRY OF **JUDGMENT IN FAVOR OF PLAINTIFF**

24 SEVERAL FEDERAL CAUSES FOR THIS ACTION, exercise civil law

25 jurisdiction, to enforces rights, imposes multilateral treaty &

26 statutes violations Expression, from: Bashas Market"inc for,

1 such poor service at a store, from a, In legal terminology,
2 race was motivating factor) sets out the basic facts, dismissal
3 was inappropriate and is legal reasons (for: **cause of action**):
4 of (the **plaintiffs**) believes are sufficient to support a claim
5 against: Bashas Market"inc , entity or entities (the
6 **defendants**) that entitles the plaintiff(s) to a jusitice, and
7 **remedy** (either **money damages** & **injunctive relief**), the **Federal**
8 **Rules of Civil Procedure** rule 1.17 Section 1441 (e) permits,
9 federal disteict court to hear this removed case #cv 04-2113
10 phx nvw
11 Even if provisions in statute of limitations, time limits for
12 filing years after the dismissal!
13 Rule 1.16 1441 (d) authorizes extend time, limits 1446(b) that
14 govern civil litigation in **United States** courts provide civil
15 action with the filing of service incorporated the Federal
16 Rules of Civil Procedure. Jurisdictions, governmental
17 authority, statutes enforces the arizona state power
18 Commonwealth. this complaint is, associated With charges!
19
20 **Federal Rules of Civil Procedure**: Remand
21
22 See, e.g., ondis V. barrows, 538 F.2d 904, 908 (1st Cir.1976)
23 See, e.g., wirtz corp. V united distillers & vintners north america, inc., 224 f.3d 708, 713 (7th Cir.2000)
24
25
26

**Cause of action:**

1. commission failure to enforce
2. Contract reduction
3. Discrimination review
4. Federal commodity exchange regulation
5. Agricultural acts
6. Arbitration review
7. Fair labor stabdards act
8. Antitrust litigation
9. Federal question
10. Diversity default
11. Personal injury
12. Custom duties
13. Violation of civil rights
14. Tort claim
15. Rehabilitation of labor
16. False claim act
17. Denial of social security benefits

Under Rule 12(h) of the **Federal Rules of Civil Procedure**, the defenses lack of jurisdiction over the Plaintiff, improper **venue**, insufficiency of process, ... deficiencies was the basis of dismissal! In case #CV 04-2113 PHX NVW: U.S. District Court for the DISTRICT OF ARIZONA. DISTRICT OF ARIZONA

Issues: being Addressed: **Extending time** ... Inc. in accordance with Rule 68, **Arizona** Rules of Civil Procedure; ... That authorizes to extend... **Federal Rules of Civil Procedure** modified this matter in accordance with **A.R.S. § 14-1481(D)**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15        counsel of record in this action:
16                 Name:
17
18   DATED:    date                    /s/  Attorney's Name
                                            ATTORNEY'S NAME
19         11-6-2009                   [signature]
20
21
22
23
24
25
26